**BOMAR v. KEYES et al.**

No. 20, Docket 21010.

United States Court of Appeals Second Circuit.

Oct. 8, 1948.

Willie M. Bomar, pro se.

John P. McGrath, Corp. Counsel, and Arthur H. Kahn, both of New York City, for appellee.

Before L. HAND, Chief Judge, and SWAN and CHASE, Circuit Judges.

PER CURIAM.

In Bomar v. Keyes [1] we decided that the complaint should be dismissed against the City, and the plaintiff thereafter applied for certiorari which was denied on November 18, 1947.[2] On December 17, 1947, Judge Rifkind entered an order dismissing the complaint against the City in conformity with our opinion, although meanwhile, the plaintiff had petitioned for rehearing, and that petition was not denied until December 22, 1947.[3] This is an appeal from Judge Rifkind's order of December 17, 1947, entered upon our mandate.

The order, even if it were wrong (which we do not even remotely suggest) is not appealable. Hohorst v. Hamburg Co.; [4] National Bank of Rondout v. Smith; [5] Bush v. Leach; [6] Shultz v. Manufacturers & Traders Trust Co.[7] The appeal must be dismissed.

Appeal dismissed.

